AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Raymundo Flores Sanchez<br>Citizen of El Salvador<br>YOB: 1993<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-19-1124-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 15, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(b) | whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

approved by AUSA Frances E. Black on 5/16/2019.

_____
*Complainant's signature*

Juan Carranco, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/16/19 - 6:58 pm.

_____
*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

## Attachment "A"

## Affidavit

I, Juan A. Carranco, being first duly sworn, state as follows:

1. I, Juan Carranco, am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) in McAllen, Texas, and have been employed as a law enforcement officer with the Mission, Police Officer since October, 2008. I am currently assigned to the FBI Rio Grande Valley Safe Streets Task Force in McAllen, Texas.

2. The information contained in this affidavit is based on my personal knowledge and on information provided to me by other agents of the FBI, law enforcement officers, and other sources of information. This affidavit serves to provide the probable cause in support of a complaint against Jose Raymundo FLORES SANCHEZ for violating Title 18, U.S.C., Section 111 (b), Assault on Federal Officer.

3. On May 15, 2019, at approximately 10:45 pm in accordance with his official duties as a Border Patrol Agent (BPA), BPA R.T.O. and other agents apprehended a group of approximately twenty subjects near Mission, Texas. BPA R.T.O. said that while attempting to apprehend a male subject from the group that ran, the subject later, identified as the defendant Jose Raymundo FLORES SANCHEZ, became assaultive towards BPA R.T.O. and punched BPA R.T.O. in the head and mouth in an attempt to elude apprehension. FLORES SANCHEZ was subsequently subdued and taken into custody.

4. As a result of the punches by FLORES SANCHEZ, BPA R.T.O. sustained a busted lip and facial lacerations. BPA R.T.O. was taken to Mission Regional Hospital, was treated, and was subsequently released.

5. BPA R.T.O. is an officer and employee of the United States, namely a person designated in section 1114 of Title 18.

6. Subsequent to the apprehension of FLORES SANCHEZ, it was determined that he is a citizen of El Salvador, and was illegally present in the United States.

7. Based on the aforementioned factual information, your Affiant submits that FLORES SANCHEZ committed violations of Title 18, United States Code, Section 111 (b), Assaulting a Federal Officer.

_____
Juan A. Carranco
Task Force Officer
Federal Bureau of Investigation


Sworn to and subscribed before me this __16__ day of May, 2019.

_____
Juan F. Alanis
United States Magistrate Judge

2